McGRILL v. LAKE SHORE AND MICHIGAN SOUTHERN RAILROAD COMPANY, appellant.

*Negligence — railroad crossing — contributory negligence — charge to jury.*

At the trial of an action against a railroad company for injuries received by plaintiff from being struck at a street crossing by a passing train of cars, the counsel for the defendant requested the court to charge, that "if the plaintiff, by looking, could have seen this train of cars approaching the crossing, and in time to have avoided the collision, and did not look before he attempted to cross the track, he cannot recover." *Held*, that a refusal to so charge was error.

*A. P. Laning,* for appellant.

*W. H. Gurney,* for respondent.

TALCOTT, J.

The head note contains the substance of the opinion, and the only point passed upon in it. The publication of the opinion in full is not believed necessary.

*New trial granted.*